# United States District Court
## Southern District of Georgia

AU HEALTH SYSTEM, INC., et al.,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 121-019

AFFILIATED FM INSURANCE COMPANY,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 28, 2023, AU Health System, Inc., AU Medical Associates, Inc., and AU Medical Center, Inc.s' motion for partial summary judgment is denied and Affiliated FM Insurance Company's motion for summary judgment is granted. Judgment is hereby entered in favor of Defendant Affiliated FM Insurance Company, and this case stands closed.



09/28/2023

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*Jamie Hodge*

(By) Deputy Clerk